# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIAN MICHELSON,<br>    Plaintiff,<br><br>    v.<br><br>GARFIELD BEACH CVS LLC,<br>et al.,<br>    Defendants. | CV 18-9558 DSF (GJSx)<br><br>Order DENYING Motion to Remand (Dkt. No. 10) |

Defendant removed this case based on diversity jurisdiction. There is no dispute that Plaintiff made a demand of more than $75,000 prior to removal. Plaintiff has moved to remand this case after reducing her demand below the $75,000 jurisdictional threshold. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for February 11, 2019 is removed from the Court's calendar.

It is well-established that a reduction in the amount demanded does not divest a federal court of jurisdiction over a diversity case. St. Paul Mercury Indem. Co. v. Red Cab Co., 303 U.S. 283, 294 (1938). The motion to remand is DENIED.

IT IS SO ORDERED.


Date:  February 5, 2019

                                              Dale S. Fischer
                                              United States District Judge